UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> NATIONS DIRECT MORTGAGE, LLC. <br><br> Defendant. | Case No. 1:23-cv-01518-JLT-CDB <br><br> ORDER DIRECTING EACH PLAINTIFF TO FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Docs. 2-3) <br><br> **THIRTY-DAY DEADLINE** |

Plaintiffs Terrance Marsh and Gisele Marsh ("Plaintiffs"), proceeding pro se, filed this civil action on October 10, 2023. (Doc. 1). Neither Plaintiff has paid the $402.00 filing fee, but each Plaintiff has filed a form requesting a waiver of court fees on what appears to be a form used by California state courts. (Docs. 2-3). The Court acknowledges that while the form Plaintiffs used provides some helpful information, courts of this District use a standard form created by the Administrative Office of the U.S. Courts that requires additional information to determine whether a plaintiff may proceed *in forma pauperis*, *i.e.*, without payment of the Court's filing fee. Thus, the Court will require each Plaintiff to complete in full the Court's standard form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to send Plaintiffs two applications to proceed *in forma pauperis* (Form-AO 240).

2. Within thirty (30) days of the date of service of this order, each Plaintiff SHALL SUBMIT the attached application to proceed *in forma pauperis,* completed and signed, or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **October 30, 2023**                                           _____
UNITED STATES MAGISTRATE JUDGE