1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    TERRANCE MARSH, *et al*.                     Case No. 1:23-cv-01518-CDB

12                     Plaintiff,                   ORDER VACATING DECEMBER 22, 2023,
                                                    FINDINGS AND RECOMMENDATIONS AND
13          v.                                      DENYING AS MOOT MOTIONS TO PROCEED
                                                    IN FORMA PAUPERIS
14    NATIONS DIRECT MORTGAGE., *et al*.
                                                    (Docs. 6-8)
15                     Defendant.
                                                    Clerk of Court to Issue Summonses / Opening Docs.
16

17

18          Plaintiffs Terrance Marsh and Gisele Marsh ("Plaintiffs"), proceeding pro se, filed this civil

19    action on October 24, 2023. (Doc. 1). Neither Plaintiff paid the $402.00 filing fee, but instead, filed a

20    request for waiver of court fees on what appears to be a form used by California state courts. (Docs. 2-

21    3).

22          On October 30, 2023, the Court issued an order providing Plaintiffs 30 days to complete the

23    Court's standard *in forma pauperis* forms ("IFP"), or in the alternative, to pay the $402.00 filing fee

24    for this action.  (Doc. 4).  Plaintiffs were forewarned failure to comply with the Court's order would

25    result in dismissal of this action.  *Id*. at 2.

26          On December 22, 2023, the Undersigned issued findings and recommendations to dismiss this

27    action without prejudice.  (Doc. 6).  The Undersigned noted that Plaintiffs had failed to pay the filing

28    fee, submit the IFP forms, or otherwise respond to the Court's order requiring a response.  *Id*.

                                                        1

1       On March 11, 2024, over two months later, Plaintiffs filed renewed motions to proceed IFP.

2    (Docs. 7-8).  Thereafter, Plaintiffs paid the applicable civil filing fee on March 13, 2024.

3       In light of Plaintiff's payment of the full filing fee, the Undersigned shall vacate the December

4    22, 2023, findings and recommendations to dismiss this action.  (Doc. 6).

5       Accordingly, IT IS HEREBY ORDERED:

6       1.  The December 22, 2023, findings and recommendations (Doc. 6) are VACATED; and

7       2.  Plaintiffs' motions to proceed in forma pauperis (Docs. 7-8) are DENIED AS MOOT.

8       3.  As Plaintiffs have paid the filing fee in full, the Clerk of the Court is DIRECTED to issues

9           summonses and civil new case opening documents.

10   IT IS SO ORDERED.

11      Dated:    **March 18, 2024**

12                                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2