UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONS DIRECT MORTGAGE, LLC.<br><br>　　　　　Defendant. | Case No. 1:23-cv-01518-KES-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFFS' FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS; ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 12) |

　　　　Plaintiffs Terrance Marsh and Gesele Marsh initiated this action with the filing of a complaint against Defendant Nations Direct Mortgate, LLC, on October 24, 2023. (Doc. 1). After initially seeking to proceed *in forma pauperis*, Plaintiffs ultimately paid the filing fee on March 13, 2024.  (Docs. 2-4, 6, 7-8, 10).  On March 19, 2024, the Clerk of the Court issued a summons for service on Defendant and the Court entered an order setting a mandatory scheduling conference, both of which were served on Plaintiffs.  (Docs. 11, 12).  The order setting the mandatory scheduling conference provides in relevant part:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, <u>plaintiff(s) shall diligently pursue service of summons and complaint</u> and dismiss those defendants against whom plaintiff(s) will not pursue claims. <u>Plaintiff(s) shall promptly file proofs of service of the summons and complaint</u> so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and

1

complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 12 at 1) (emphasis added).

Nothwithstanding this order and the fact that Plaintiffs have had more than two months to serve the summons and complaint on Defendant and file proof of service thereon, they have seemingly failed to do so or otherwise make a filing with the Court explaining the delay in effecting service.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

For these reasons, the Court ORDERS as follows:

1. **<u>No later than June 21, 2024</u>**, Plaintiffs **SHALL** show cause in writing why sanctions should not be imposed for their failure to prosecute this action and to serve the summons and complaint in a timely fashion as ordered.  Alternatively, Plaintiffs may comply with this order by filing a proof of service demonstrating the summons and complaint has been served on Defendant; and

2. The scheduling conference is **CONTINUED** to **August 1, 2024** at 10:00 a.m.

**Failure to timely comply with this order may result in the imposition of sanctions, including a recommendation by the undersigned to dismiss this action.**

IT IS SO ORDERED.

Dated:   **May 31, 2024**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2