UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>  Defendant. | Case No. 1:23-cv-01518-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO DISMISS<br><br>(Docs. 22, 31) |

Plaintiffs Terrance Marsh and Gesele Marsh, proceeding pro se, initiated this action against Defendant Nations Direct Mortgage, LLC. Doc. 1. Plaintiffs raise two claims against defendant: (1) violation of the Fair Credit Reporting Act ("FCRA"); and (2) violation of the California Consumer Credit Report Agencies Act ("CCRAA"). *Id.* On July 19, 2024, defendant filed a motion to dismiss. Doc. 22. Plaintiffs did not file an opposition to the motion to dismiss, and instead filed a "notice for separation from federal and state litigation and request for bifurcation." Doc. 27.

On July 31, 2024, the motion to dismiss was referred to the assigned magistrate judge for the preparation of findings and recommendations and/or other appropriate action. Doc. 25. On August 21, 2024, the magistrate judge issued findings and recommendations to grant defendant's motion to dismiss. Doc. 31. The magistrate judge found plaintiffs failed to allege that any credit

reporting agency ("CRA") had notified defendant that the information in plaintiffs' credit report was incomplete or inaccurate. *Id*. at 6. The magistrate judge also determined that plaintiffs had not alleged that defendant failed to investigate, or failed to correct or delete, the alleged inaccurate information. *Id*. at 7. Rather, the "complaint indicates Defendant did correct the information it reported to the CRAs." *Id.* The magistrate judge found that plaintiffs' FCRA claim failed as a matter of law, and that their CCRAA claim failed for the same reason as their FCRA claim. *Id*.

The magistrate judge recommended that the motion to dismiss be granted and that plaintiffs' complaint be dismissed with leave to amend.[1] *Id*. Although the findings and recommendations questioned whether plaintiffs would be able to sufficiently state cognizable claims in an amended complaint, they recommended the Court grant plaintiffs leave to file a first amended complaint to remedy the identified deficiencies to the extent plaintiffs can do so. *Id*. at 8.

On August 28, 2024, defendant filed an objection to the finding and recommendations. Doc. 32. Defendant objects solely to the recommendation that plaintiffs be granted leave to amend. *Id*. at 2. Defendant contends "the addition of any facts necessary to cure either of Plaintiff's claims would contradict their own Complaint admissions, [and] requests the Court adopt the initial recommendation in the F&R to grant the motion to dismiss with prejudice and without further leave to amend." *Id*.

On September 11, 2024, plaintiffs lodged an amended complaint without defendant's written consent or the court's leave. Doc. 33; Fed. R. Civ. P. 15(a)(2). Plaintiffs also filed objections to the findings and recommendations and a response to defendant's objection, arguing that they should be granted leave to amend to cure the deficiencies in their complaint. Docs. 34-35.

---

[1] Although the findings and recommendations initially noted that plaintiffs' complaint should be dismissed without leave to amend, that appears to be an inadvertent mistake given the findings and recommendations' subsequent analysis and ultimate recommendation that leave to amend be granted. *Id*. at 1, 8.

In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of this case. Defendant argues that leave to amend should be denied as further amendment would be futile. Doc. 32 at 2. However, the magistrate judge correctly noted that pro se pleadings are held to less stringent standards than those drafted by lawyers and that leave to amend should be freely given. Doc. 31 at 5, 8. As the magistrate judge found, it is appropriate to give plaintiffs an opportunity to amend their complaint to remedy the deficiencies identified in the findings and recommendations to the extent that plaintiffs can, in good faith, correct those deficiencies.

Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations (Doc. 31), issued on August 21, 2024, are adopted in full;
2. Defendant's motion to dismiss (Doc. 22) is GRANTED in part;
3. Plaintiff's complaint (Doc. 1) is DISMISSED with leave to amend; and
4. Within 21 days of service of this order, plaintiffs may file either (a) a first amended complaint, or alternatively, (b) a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   December 13, 2024

UNITED STATES DISTRICT JUDGE