UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>    Defendant. | Case No. 1:23-cv-01518-KES-CDB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR E-FILING PRIVILEGES<br><br>(Doc. 39) |

Pending before the Court is the motion of pro se Plaintiffs Terrance Marsh and Gesele Marsh (collectively, "Plaintiffs") for permission to participate in electronic case filing, filed on December 11, 2024.  (Doc. 39).  Plaintiffs request permission to use the court's electronic filing system because "[f]iling by online services makes it easier and fast and sufficient to get documents to courts in a timely manner and saves Plaintiffs monetarily for filing in court in-person and by mail."  (*Id.* at 1).

Generally, "self-represented litigants are not permitted to e-file in this district." *Miller v. Sacramento City Unified School District*, No. 2:21-cv-0757-JAM-CKD PS, 2021 WL 3539733, at *3 (E.D. Cal. Aug. 11, 2021); *see* Local Rule 133(b)(2) ("Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge.").  "[E]-filing is a privilege which in some circumstances may be extended to self-represented parties.  If the case proceeds beyond the pleadings stage and plaintiff has not abused

the filing procedures, the court will consider a further motion for e-filing privileges." *Miller*, 2021 WL 3539733 at *3.

Here, there is a pending motion to dismiss (Doc. 22). Because "it is not clear whether this case will proceed beyond the pleadings stage, the [C]ourt does not find good cause to depart from the default rule in this district not to permit self-represented litigants to e-file." *Miller v. Sacramento City Unified School District*, No. 2:21-cv-0757-JAM-CKD PS, 2021 WL 3883916, at *2 (E.D. Cal. Aug. 31, 2021) Thus, Plaintiffs' motion will be denied. The Court assures Plaintiffs that although they do not have access to electronically view the filings in the case, paper copies of all court orders (including minute orders) are mailed to them at the time of their issuance.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion for electronic filing privileges (Doc. 39) is DENIED.

IT IS SO ORDERED.

Dated: __December 13, 2024__    _____
UNITED STATES MAGISTRATE JUDGE