UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONS DIRECT MORTGAGE, LLC, <br><br> Defendant. | Case No. 1:23-cv-01518-KES-CDB <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR LEAVE TO AMEND COMPLAINT <br><br> (Doc. 42) |

  Pending before the Court is the motion of pro se Plaintiffs Terrance Marsh and Gesele Marsh (collectively, "Plaintiffs") requesting an extension of time by 30 days to file an amended complaint. (Doc. 42). Plaintiffs represent that "due to circumstances beyond [their] control, being a family emergency, Plaintiffs were unable to respond in a timely manner." (*Id.*). Plaintiffs represent these circumstances include "great delays in the postal system" and their "inability to E-File documents[.]" (*Id.*). Plaintiffs purport to renew their request for e-filing privileges. (*Id.*).

  Plaintiffs' renewed request for e-filing privileges is denied for the same reasons articulated in the Court's December 16, 2024, order denying Plaintiffs' motion for e-filing privileges. (Doc. 41). Plaintiffs are reminded "that although they do not have access to electronically view the filings in the case, paper copies of all court orders (including minute orders) are mailed to them at the time of their issuance." (*Id.* at 2).

Based on Plaintiffs' assertions of experiencing delays in the postal system, the Court will grant Plaintiffs' request to extend the time for leave to amend the complaint by 33 days to February 16, 2025. No further extensions will be granted absent a showing of extraordinary circumstances.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for extension of time of 30 days for leave to amend the complaint (Doc. 42) is GRANTED; and
2. Plaintffs SHALL FILE an amended complaint **by February 16, 2025**. No further extensions of time shall be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: **January 13, 2025**

UNITED STATES MAGISTRATE JUDGE