UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al., | Case No. 1:23-cv-01518-KES-CDB |
| Plaintiffs, | ORDER REGARDING PLAINTIFFS' FAILURE TO PROSECUTE |
| v. | |
| NATIONS DIRECT MORTGAGE, LLC, | |
| Defendant. | |

On December 16, 2024, the court issued an order adopting findings and recommendations and dismissed the complaint with leave to amend. Doc. 40. The court ordered plaintiffs to file, within fourteen (14) days, either (a) a first amended complaint, or alternatively, (b) a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *Id.* Plaintiffs sought an extension of time to file an amended complaint, which the magistrate judge granted. Doc. 43. Accordingly, plaintiffs' amended complaint was to be filed no later than February 16, 2025. *Id.* at 2. Plaintiffs have failed to file an amended complaint or otherwise respond to the court's order and the time to do so has passed. *Id.*

///

///

///

Accordingly:

1. Within ten (10) days from the date of service of this order, plaintiffs shall either file (a) a first amended complaint or (b) a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. **Failure to comply with this order will result in dismissal of this action due plaintiffs' to failure to prosecute and failure to comply with a court order.**

IT IS SO ORDERED.

Dated:   March 3, 2025

_____
UNITED STATES DISTRICT JUDGE